**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARQUEZ SMITH,                          :
    Plaintiff,                          :
                             :
    v.                                   :          **CIVIL ACTION NO. 25-CV-2939**
                             :
JOHN POHOPIN, *et al.*,                  :
    Defendants.                          :

## ORDER

AND NOW, this 13th day of April 2026, upon consideration of Marquez Smith's *pro se* Complaint (ECF No. 1), the Motion to Dismiss filed by Defendant John Pohopin (ECF No. 19), Plaintiff Smith's failure to respond to the Motion or to provide an updated USM-285 form for Defendant Donald Zephir, and the Court's consideration of the factors set forth in *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), it is **ORDERED** that:

1.     The Complaint is **DISMISSED WITH PREJUDICE**.

2.     The Motion to Dismiss (ECF No. 19) is **DENIED AS MOOT**.

3.     The Clerk of the Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

\s\ **Karen Spencer Marston**
**KAREN SPENCER MARSTON, J.**